**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JAMES D. SCHNELLER, | : | No. 141 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HONORABLE THOMAS G. GAVIN, | : | |
| COURT OF COMMON PLEAS OF | : | |
| CHESTER COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2017, the Complaint for Writ of Mandamus, the Application to Supplement the Record and for an Order to File an Answer, and the Application to Bifurcate and to Remand or Transfer in Part and for Writs of Mandamus and Prohibition are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.